

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00863-CV

**SEABRIGHT INSURANCE COMPANY**,
Appellant

v.

Maximina **LOPEZ**, Beneficiary of Candelario Lopez, Deceased,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC 08-484
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellee Maximina Lopez, Beneficiary of Candelario Lopez, deceased, recover her costs of this appeal from appellant Seabright Insurance Company.

SIGNED January 29, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice